UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLOS HENDON, | No. 2:14-cv-0985 KJN P |
| Plaintiff, | |
| v. | ORDER |
| CALIFORNIA MEDICAL FACILITY, et al., | |
| Defendants. | |

Plaintiff is a state prisoner proceeding without counsel. Plaintiff consented to proceed before the undersigned for all purposes. See 28 U.S.C. § 636(c). By order filed June 9, 2014, plaintiff was informed that to proceed with this action, he must submit the full filing fee of $400.00 within thirty days, and warned that failure to timely submit the fee would result in the dismissal of this action. Thirty days have passed, and plaintiff has not paid the filing fee or otherwise responded to the court's order.

Accordingly, IT IS HEREBY ORDERED that this action is dismissed without prejudice.

Dated: July 30, 2014

/hend0985.dsm

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

1