UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLOS HENDON,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CALIFORNIA MEDICAL FACILITY, et al,<br><br>　　　　　Defendants. | No.  2:14-cv-0985 KJN P<br><br><br>ORDER |

Plaintiff is a state prisoner proceeding without counsel.  Plaintiff consented to proceed before the undersigned for all purposes.  See 28 U.S.C. § 636(c).  On July 30, 2014, this action was dismissed based on plaintiff's failure to pay the filing fee in full.

On August 6, 2014, plaintiff filed a request for clarification, stating that the order requiring plaintiff to pay the filing fee stated that failure to timely submit the filing fee would result in a recommendation that this action be dismissed without prejudice.  (ECF No. 8.)  Plaintiff asks the court to issue an order "that this action be recommended dismissed without prejudice."  (Id.)

However, as set forth above, plaintiff consented to proceed before the undersigned for all purposes pursuant to 28 U.S.C. § 636(c).  Therefore, the undersigned is not required to issue findings and recommendations, but is authorized to issue dispositive orders.  Nonetheless, in the event that plaintiff was confused, or simply needed additional time to pay the filing fee, the court

1

will grant plaintiff an extension of time in which to pay the filing fee.  If plaintiff pays the filing fee within the next thirty days, the court will vacate the judgment and screen the complaint.  If plaintiff fails to pay the filing fee, this action will remain closed.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's request for clarification (ECF No. 8) is partially granted; and

2. Within thirty days from the date of this order, plaintiff shall submit the full filing fee of $400.00.

Dated:  August 11, 2014

/hend0985.eot

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE